# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

SMART Local 265 Welfare Fund, et al.

                                              Plaintiff,

v.                                                                        Case No.: 1:20–cv–04435
                                                                        Honorable M. David Weisman

Major Heating & Cooling, Inc.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 1, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant's Unopposed Motion to extend deadline for filing answer or other pleading to Plaintiffs' complaint [32] is denied as it is filed on the incorrect case. Motion hearing date of 7/2/24 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.